UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GONE GATOR MUSIC, ODNIL MUSIC LIMITED, FIFTY-SIX HOPE ROAD MUSIC LIMITED, WB MUSIC CORP. AND ICE NINE PUBLISHING CO., INC.,

Plaintiffs,

-against-

PATRICK'S PUB, INC. AND PATRICK T. GRIFFIN,

Defendants.

Civil Action No. CA 08 178 ML

**COMPLAINT**

Plaintiffs, complaining of the Defendants, by VETTER & WHITE, their attorneys, allege:

1. This is a suit for copyright infringement under Title 17, U.S.C. Jurisdiction of this Court is based upon Title 28, U.S.C., Section 1338(a).

2. Plaintiffs allege four (4) causes of action for copyright infringement based on the Defendants' public performances of copyrighted musical compositions. SCHEDULE A annexed to the Complaint sets forth in summary form the allegations hereinafter made with respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of infringement.

3. Plaintiffs named in Column 2 (all references to columns are to columns in SCHEDULE A) are the owners of the

copyrights in the works listed in Column 3, and are properly joined in this complaint under Rule 20, Fed. R. Civ. P.

4. Defendant Patrick's Pub, Inc. is a Rhode Island corporation which did at the times hereinafter mentioned and still does own, control, manage, operate and maintain a place of business for public entertainment, accommodation, amusement and refreshment known as Patrick's Pub, located at 381 Smith Street, in Providence, in the State of Rhode Island.

5. Upon information and belief, Defendant Patrick T. Griffin is a resident of this District and, at all times hereinafter mentioned was and still is principal stockholder and President of Defendant Patrick's Pub, Inc., with primary responsibility for the control, management, operation and maintenance of the affairs of said corporation. The acts hereinafter complained of were done with his active assistance, cooperation, acquiescence and procurement, and he derives financial benefit therefrom.

6. Musical compositions were and are publicly performed at said place of business.

7. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

8. The compositions named in causes of action 1 through 3 were published on the dates stated in Column 5, and

since the dates of publication have been printed and published in strict conformity with Title 17, U.S.C.

9. The composition named in cause of action 4 was registered as an unpublished composition on the date stated in Column 5.

10. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

11. The compositions for which there are entries in Columns 7 and 8 are now in the renewal term of copyright, secured by due filing of an application for renewal of copyright in the office of the Register of Copyrights. The Register of Copyrights thereupon issued Certificates of Registration of the respective claims to the renewal of copyrights in the names of those claimants listed in Column 7. The dates and identification numbers of such certificates are set forth in Column 8.

12. Defendants on the dates specified in Column 9, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composi-

tion named in Column 3 by giving public performances of the compositions on Defendants' premises, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

13. The performances of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 9 on Defendants' premises were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff or any agent, servant or employee of any Plaintiff to give such performances.

14. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

(a) Defendants have not sought or obtained a license agreement from Plaintiffs or the American Society of Composers, Authors and Publishers (ASCAP), a performing rights licensing organization of which all Plaintiffs are members.

(b) Despite numerous letters and other contacts by ASCAP representatives informing the Defendants of their liability under the United States Copyright Law, Defendants have continued to perform copyrighted music without permission

abetting the public performance of such compositions in any such place or otherwise.

II. That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

III. That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

IV. For such other and further relief as may be just and equitable.

Catherine A. Shaghalian
Benjamin V. White, No. 1652
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiffs
Office & P.O. Address
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: May 8, 2008

Columns

| 1<br>Cause of Action | 2<br>Plaintiff | 3<br>Musical Composition | 4<br>Writers | 5<br>Date of Publication | 6<br>Certificate of Registration Number | 7<br>Renewal | 8<br>Renewal Certificate Date and Number | 9<br>Date of Known Infringe-ment |
|---|---|---|---|---|---|---|---|---|
| 1. | GONE GATOR MUSIC | THE WAITING | TOM PETTY | 5/8/81 | PA 133-702 | | | 2/2/08 |
| 2. | ODNIL MUSIC LIMITED, FIFTY-SIX HOPE ROAD MUSIC LIMITED | IS THIS LOVE | BOB MARLEY | 3/2/78 | PA-6-472 | | | 2/2/08 |
| 3. | WB MUSIC CORP. | VENTURA HIGHWAY | DEWEY BUNNELL | 10/24/72 | EP 305439 | WARNER BROS. PUBLICATIONS, INC. "PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE" | RE 820-175 | 2/2/08 |
| 4. | ICE NINE PUBLISHING CO., INC. | FRIEND OF THE DEVIL | JEROME GARCIA<br>JOHN DAWSON<br>ROBERT C. HUNTER | REGISTERED AS UNPUBLISHED 12/14/70 | EU 223153 | ICE NINE PUBLISHING COMPANY, INC. "PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE" | 10/26/98<br>RE 797-379 | 2/1/08 |

SCHEDULE "A"