DPM:lmc 08-114 8/1/08

UNITED STATES DISTRICT COURT

for the

DISTRICTOF RHODE ISLAND

| | | |
|---|---|---|
| GONE GATOR MUSIC, ODNIL MUSIC LIMITED, FIFTY-SIX HOPE ROAD MUSIC LIMITED, WB MUSIC CORP., and ICE NINE PUBLISHING CO., INC. | : | |
| VS. | : | C.A. No.: 08-178ML |
| PATRICK'S PUB, INC. and PATRICK T. GRIFFIN | : | |

# ANSWER OF DEFENDANTS

Now come Defendants, Patrick's Pub, Inc. and Patrick T. Griffin, and respond as follows to the numbered paragraphs of Plaintiffs' complaint:

1. As this paragraph contains allegations of law, no response is required.

2. As this paragraph contains allegations of law, no response is required. To the extent that this paragraph contains assertions of fact to the effect that Defendants have infringed Plaintiffs' copyright, the same are denied.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. Admitted.

5. The allegations contained in the first sentence of this paragraph are admitted. The allegations contained in the second sentence of this paragraph are denied. It is denied that musical compositions are currently performed at said place of business. The remaining allegations in this paragraph are admitted.

6. Denied as phrased.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. Denied.

13. Denied as phrased.

14. Denied.

15. The allegations regarding acts of infringement are denied. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

16. Denied.

**WHEREFORE**, Defendants pray that this matter be denied and dismissed and that Defendants be awarded costs, interest and such other relief as this court deems just under the circumstances.

***Jury Trial Demand***

To the extent that any of the claims in this matter are deemed to be appropriate for trial by jury, Defendants hereby claim a trial by jury on said claims.

Defendants
By their Attorneys,

***McKiernan Hessler***

/s/ Daniel P. McKiernan
Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

# CERTIFICATION

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record on this **4th** day of **August, 2008**.

Benjamin V. White, Esquire *bwhite@vetterandwhite.com*
Catherine A. Shaghalian, Esquire *cshaghalian@vetterandwhite.com*

/s/ Daniel P. McKiernan